**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 10 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

BHINDER JIT SINGH,

Petitioner,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

No.   19-70543

Agency No. A096-161-410

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 5, 2020[**]

Before:     SCHROEDER, HAWKINS, and LEE, Circuit Judges.

Bhinder Jit Singh, a native and citizen of India, petitions for review of the

Board of Immigration Appeals' ("BIA") order denying his motion to reopen

removal proceedings based on ineffective assistance of counsel.  We have

jurisdiction under 8 U.S.C. § 1252.  We review for abuse of discretion the denial of

a motion to reopen.  *Martinez-Hernandez v. Holder*, 778 F.3d 1086, 1088 (9th Cir.

_____

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

2015).  We deny the petition for review.

The BIA did not abuse its discretion in denying Singh's untimely motion to reopen for failure to demonstrate he acted with the due diligence required for equitable tolling.  *See* 8 U.S.C. § 1229a(c)(7)(C)(i); *Avagyan v. Holder*, 646 F.3d 672, 679 (9th Cir. 2011) (due diligence requires that petitioner took reasonable steps to investigate prior counsel's suspected error, or, if petitioner was ignorant of counsel's shortcomings, made reasonable efforts to pursue relief).

**PETITION FOR REVIEW DENIED.**

19-70543